IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HIRSCH, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| SCHIFF BENEFITS GROUP, LLC, *et al.*, | : | |
| Defendants. | : | No. 10-2574 |

# O R D E R

**AND NOW**, this 25th day of March 2011, it is hereby **ORDERED** that the Defendants' Motion to Dismiss the Complaint (Docket No. 5) is **GRANTED** in its entirety. The Plaintiffs' Complaint is dismissed without prejudice.

BY THE COURT:


S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE