IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD HIRSCH, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| SCHIFF BENEFITS | : | |
| GROUP, LLC, *et al.*, | : | |
| Defendants. | : | No. 10-2574 |

**O R D E R**

AND NOW, this 21st day of June, 2011, it is hereby **ORDERED** that the Defendants' Motion to Dismiss the Amended Complaint (No. 17) is **GRANTED in part** and **DENIED in part**, as follows:

**1.** The Motion to Dismiss is hereby **GRANTED** with regard to Counts II, IV and V of the Amended Complaint, which are dismissed **with prejudice**; and

**2.** The Motion to Dismiss is hereby **DENIED** with regard to Counts I and III of the Amended Complaint.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE